UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shirley William-Jones | ) |
|     Plaintiff | ) |
| v. | ) Civil Action No. 1:08-cv-00884 |
| | ) ECF |
| The Honorable Mary E. Peters | ) |
| Secretary, Department of Transportation | ) |
|     Defendant | ) |

NOTICE OF APPEARANCE

    THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

    Respectfully submitted,

    Raymond A Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this <sup>12th</sup> day of June I caused the foregoing Notice to be served on Plaintiff, **Shirley William Jones,** via first class mail, postage prepaid addressed as follows:

Shirley William Jones
13112 Shinnecock Drive
Silver Springs, Maryland 20904

                                              Raymond A. Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150