AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Shirley Williams-Jones
13112 Shinnecock Drive
Silver Spring, Maryland 20904

**SUMMONS IN A CIVIL CASE**

V.

MARY E. PETERS
Secretary of Transportation
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

CASE NU.

Case: 1:08-cv-00884
Assigned To : Urbina, Ricardo M.
Assign. Date : 5/23/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

MARY E. PETERS
Secretary of Transportation
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~~~ (name and address)



Shirley Jones
13112 Shinnecock Dr.
Silver Spring, MD 20904

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**    MAY 2 3 2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 6/12/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Shirley Williams-Jones | Program Manager |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Jackie Stratton 6/2/08
1200 New Jersey Ave, S.E. Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/2/08
        Date            Signature of Server

13112 Shinnecock Drive
Silver Spring, MD 20904
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.