## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Shirley WILLIAM-JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0884 (RMU) |
| | ) |
| Mary E. PETERS, Secretary, | ) |
| Department of Transportation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Christian A. Natiello, Assistant United States Attorney, and remove the appearance of Ray Martinez, Special Assistant United States Attorney, as counsel for Defendant.

Respectfully submitted,

/s/

Christian A. Natiello, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338