UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Shirley WILLIAM-JONES,<br><br>      Plaintiff,<br><br>     v.<br><br>Mary E. PETERS, Secretary,<br>Department of Transportation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0884 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Mary E. Peters, Secretary, Department of Transportation, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. This Office was served with the amended complaint on June 2, 2008, resulting in the current deadline of August 1, 2008. With this motion, Defendant requests a new deadline of September 2, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. As a result of the departure of the former lead attorney for Defendant in this case, undersigned counsel was assigned this case less than one week ago. As such, he requests additional time to develop an approach to Plaintiff's complaint.

This is Defendant's first request to move this deadline, and Defendant contends that the extension will not prejudice Plaintiff.

Undersigned counsel left a voicemail at the phone number for the *pro se* Plaintiff but did not receive a return phone call or message before this filing.

A proposed order is attached.

Dated: July 28, 2008.

                                        Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                        /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                        /s/
                                        CHRISTIAN A. NATIELLO, D.C. BAR #473960
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Room E4112
                                        Washington, D.C. 20530
                                        (202) 307-0338

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Shirley WILLIAM-JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Mary E. PETERS, Secretary, )<br>Department of Transportation, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-0884 (RMU) |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before September 2, 2008.

So ordered, this _____ day of _____ 2008.

_____
The Honorable Ricardo M. Urbina
United States District Judge